IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: FEE PETITION OF LEIFF CABRASER HEIMANN & BERNSTEIN, LLP in the matter of *Kenneth Kerrivan v. R.J. Reynolds Tobacco., et al* | ) <br> ) Case No: <br> ) |

## NOTICE OF REMOVAL

Michael E. Dean, as Personal Representative of the Estate of Kenneth Kerrivan ("Respondent"), by and through his attorneys, hereby removes case 2020-CA-010065-O, pending in the Circuit Court for the Ninth Judicial Circuit in and for Orange County, Florida (the "Circuit Court"), to the United States District Court for the Middle District of Florida, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. The grounds for removal are as follows:

1. On or about January 24, 2020, Petitioner, Leiff Cabraser Heimann & Bernstein, LLP ("Petitioner"), filed a one count Petition for Approval of Attorney Fee Contract Pursuant to Rule 4-1.5(f)(4)(B)(ii) (hereinafter the "Petition for Amended Fee Contract") in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, wherein Petitioner seeks approval of an amended contingency fee contract in connection with Petitioner's post-judgment representation of the now deceased Kenneth Kerrivan, Plaintiff in the case tried before this Court in the Middle District of Florida, Orlando Division, captioned Kenneth Kerrivan v. R.J. Reynolds Tobacco Co., et al., Case No. 3:09-cv-13704-WGY-JBT (M.D. Fla.) (hereinafter the "Underlying Lawsuit"). A true and correct copy of the Petition for Amended Fee Contract, including Petitioner's Contract of Representation dated October 9, 2013 and Amended Agreement dated January 24, 2015 attached as a composite exhibit thereto, is attached hereto as **Exhibit A**,

2. On or about October 9, 2020, Respondent first received a copy of the Petition for Amended Fee Contract via informal, email delivery. A true and correct copy of the email from Petitioner to Respondent with attached Petition is attached hereto as **Exhibit B**.[1]

3. Section 1332(a)(1) of the United States Code provides that "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States."

4. Petitioner is a California Limited Liability Partnership, and the attorneys of Petitioner who served as co-counsel of record in the Underlying Lawsuit are not licensed to practice law in the State of Florida. Respondent, personal representative of the Estate of Kenneth Kerrivan (Probate File No. 2020-CP-269, in the Fifth Judicial Circuit Court of Florida, in and for Citrus County), is a Florida resident and attorney licensed by the Florida Bar to practice law in this State. Therefore, total diversity of citizenship exists between the parties to the Petition.

5. The dispute at issue concerns Petitioner's wrongful attempt to seek judicial approval of the Amended Agreement allegedly executed by the deceased Kenneth Kerrivan on January 24, 2015, <u>after</u> the jury rendered a verdict in the Underlying Lawsuit on October 22, 2014 for Mr. Kerrivan in the amount of $41,100,000.00, <u>after</u> the Court's confirming Judgment Entry on November 13, 2014, and <u>without the inclusion or consent</u> of three other law firms who served as co-counsel for Mr. Kerrivan in the Underlying Lawsuit. Specifically, the Petition seeks judicial approval of an amended contract purporting to authorize a contingency fee to be paid <u>solely</u> to Petitioner "for all the work [performed by Petitioner] to date: 40% of any and all recoveries of any settlement or award following the jury trial . . .," beyond and in contravention of the contractually,

---

[1] Although the Petition falsely alleges Respondent was served via email and regular U.S. mail on September 28, 2020, it was not until September 29, 2020 when Petitioner even attempted to provide Respondent a copy of the Petition via delivery to an incorrect email address (mike@danfirm.com), and Respondent did not actually receive a copy of the Petition until October 9, 2020.

constitutionally and ethically permissible fees to which Petitioner and three other affiliated law firms were entitled under their original, pre-suit "Contract of Representation" between Mr. Kerrivan and the law firms, Farah & Farah, P.A., the Wilner Firm, P.A., Motley Rice LLC and Petitioner. See Exhibit attached to Petition, **Exhibit A**.  Accordingly, the amount in controversy exceeds the sum of $75,000.00.

6. The Florida Circuit Court in which the Petition was originally filed is located in the Middle District of Florida. Therefore, removal to this Court is proper pursuant to 28 U.S.C. 1441.

7. Furthermore, the filing of this Notice of Removal is timely in that it has been filed within 30 days after summons was served upon Defendants, as required by 28 U.S. Code § 1446 (b)(1).

8. Pursuant to 28 U.S.C. § 1446(d), both a copy of this Notice of Removal and a separate notice of filing of the same will be served on counsel for Plaintiff and filed today with the Circuit Court for the Ninth Judicial Circuit in and for Orange County, Florida.

WHEREFORE, Defendant respectfully removes the above-captioned action pending in the Circuit Court for the Ninth Judicial Circuit in and for Orange County, Florida to the United States District Court for the Middle District of Florida.

DATED this 6th day of November, 2020.

Respectfully submitted,

**FISHER RUSHMER, P.A.**

*C/ GENE SHIPLEY*
C. GENE SHIPLEY, ESQ. (FL No. 130028)
390 N. Orange Avenue, Suite 2200
Orlando, FL 32801
Tel:   (407) 843-2111 / Fax:  (407) 422-1080
gshipley@fisherlawfirm.com
Counsel for *Michael E. Dean, as Personal Representative of the Estate of Kenneth Kerrivan*

L:\CES\Dean - Kerrivan\FED CT PLEADINGS\Notice of Removal to Fed Court.docx