**From:** Caterina Leon <caterina@theorlandolawyers.com>
**Sent:** Friday, October 9, 2020 1:58 PM
**To:** Mike Dean
**Subject:** FW: Kenneth Kerrivan

Please see below.
 Thank you.

**Caterina Leon**
**Legal Assistant**
Diez-Arguelles & Tejedor, P.A.
505 N. Mills Ave.
Orlando, FL 32803
(407) 705-2880
(888) 611-7879
caterina@theorlandolawyers.com
www.theorlandolawyers.com

**From:** Caterina Leon
**Sent:** Tuesday, September 29, 2020 10:07 AM
**To:** 'mike@danfirm.com' <mike@danfirm.com>
**Subject:** Kenneth Kerrivan

Please see attached.

**Caterina Leon**
**Legal Assistant**
Diez-Arguelles & Tejedor, P.A.
505 N. Mills Ave.
Orlando, FL 32803
(407) 705-2880
(888) 611-7879
caterina@theorlandolawyers.com
www.theorlandolawyers.com

# Exhibit B