IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: FEE PETITION OF LEIFF CABRASER HEIMANN & BERNSTEIN, LLP in the matter of *Kenneth Kerrivan v. R.J. Reynolds Tobacco., et al* | ) <br> ) Case No: 6:20-cv-2069-Orl <br> ) <br> ) |

## JOINT STIPULATION FOR EXTENSION OF TIME

Petitioner The Law Firm of Leiff Cabraser Heimann & Bernstein, LLP, and Respondent, Michael E. Dean, as Personal Representative of The Estate of Kenneth Kerrivan, by and through their undersigned attorneys, have reached a settlement of all disputes between the parties and anticipate filing a joint dismissal of this suit with prejudice. Although this agreement has been memorialized in writing through a confidential settlement agreement, the parties are still waiting for signatures of all parties to that settlement agreement.

In anticipation of obtaining all signatures necessary for the execution of the settlement agreement, and in anticipation of both parties hereto filing a joint dismissal of this matter with prejudice, the parties hereto respectfully request that the Court enter an Order permitting Respondent, Michael E. Dean, as Personal Representative of The Estate of Kenneth Kerrivan, an extension until December 4, 2020 for Respondent to file a response to the Court's Order to Show Cause [Doc 4] filed on November 12, 2020, or for the parties to file a Joint Dismissal of this case with prejudice.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date:  November 23, 2020 | Date November 23, 2020 |
| ___/s/ Carlos R. Diez-Arguelles____ | __/s/ C. Gene Shipley_____ |
| Carlos R. Diez-Arguelles, Esq. | C. Gene Shipley, Esq. |
| Florida Bar No:  0500569 | Florida Bar No.:  130028 |
| Diez-Arguelles & Tejedor, P.A. | Fisher Rushmer, P.A. |
| 505 North Mills Avenue | 390 North Orange Avenue, Suite 2200 |
| Orlando, FL 32803 | Orlando, FL 32801 |
| Telephone: (407) 705-2880 | Telephone: (407) 843-2111 |
| Email: carlos@theorlandolawyers.com | Email: gshipley@fisherlawfirm.com |
| Email: caterina@theorlandolawyers.com | Email: dpope@fisherlawfirm.com |
| Attorneys for Plaintiff | Attorney for Defendant |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the November 23, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send electronic notification to all counsel of record.

**FISHER RUSHMER, P.A.**
BY:     _/s/    C. Gene Shipley_
C. Gene Shipley (FL No. 130028)